# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM GENE EATON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-06-566-M |
| | ) |
| OKLAHOMA COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) |
| | ) |
| Defendants. | ) |

## ORDER

On July 18, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action. The Magistrate Judge recommended that the Court Clerk be directed to close this case based upon the Tenth Circuit Court of Appeals' Order and Judgment dated May 27, 2008. The parties were advised of their right to object to the Report and Recommendation by August 7, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 18, 2008, and

(2) DIRECTS the Court Clerk to close this case based upon the Tenth Circuit Court of Appeals' Order and Judgment dated May 27, 2008.

**IT IS SO ORDERED this 20th day of August, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE